# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | Case No: 06-196(2) (JRT/JSM) |
| v. | ) | Date: 10/20/09 |
| | ) | Court Reporter: Kristine Mousseau |
| Frederick James Fischer (2), | ) | Time Commenced: 2:27 pm |
| Defendant. | ) | Time Concluded: 2:40 pm |
| | ) | Time in Court: 13 Minutes |
| | ) | |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Joe Dixon
    For Defendant:    Ronald Meshbesher  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

    ☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 of the Information | Y | | | | | 1 year | |

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☒ Fine in the amount of $3,000.00
    ☒ Special assessment in the amount of $100.00 to be paid .

☒ Plea and plea agreement accepted.
☒ Defendant released on same terms and conditions as previously released.
☒ On Motion of the Gov't., Counts 1-9 and Count 15 of the Second Superseding are dismissed as to this defendant only.
☒ Motion to Quash [Docket No. 277] is **DENIED** by the Court.

                                                      s/Holly McLelland
                                                                          Calendar Clerk