SUITE 1950
220 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE  612.313.0711
FACSIMILE  612.455.2055

# BONNER & BORHART LLP

John F. Bonner, III, Esq.
Direct Dial No.  612-344-1222

October 1, 2010

Judge John R. Tunheim
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:    **United States v. Afremov, et al., Criminal No. 06-196 (JRT/SRN)**

Dear Judge Tunheim:

I write to confirm my telephonic message to your chambers regarding the fact that my clients, Computer Forensic Services, Inc and Mark Lanterman do not oppose release of the Supersedeas Bond posted by Mr. Afremov.

Yours truly,

*/s John F. Bonner, III*

John F. Bonner, III

JFB/tjg

cc:    Craig D. Singer
client

160612.WPD